# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH GANDOLFO | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 22-00246 LEK-KJM |
| V. | |
| AVIS BUDGET GROUP, INC., a foreign profit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; DOE GOVERNMENTAL AGENCIES 1-10 | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII Aug 29, 2024, 2:50 pm Lucy H. Carrillo, Clerk of Court |
| Defendants. | |

[ ]　**Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]　**Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that judgment is entered, pursuant to and in accordance with,  the following orders:

　"Order Granting in Part and Denying in Part Defendant's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment", ECF No. 143, filed on January 29, 2024;

　"EO: Court Order: Construing Plaintiff's Objection as a Motion for Reconsideration of this Court's Order Granting in Part and Denying in Part Defendant's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment; and Denying Plaintiff's Motion for Reconsideration", ECF No. 145, filed on February 20, 2024;

Case 1:22-cv-00246-LEK-KJM    Document 196    Filed 08/29/24    Page 2 of 2
                                              PageID.2935
AO 450 (Rev. 5/85) Judgment in a Civil Case                    Page 2 of 2

"Order Granting in Part and Denying in Part Defendant Avis Budget Group, Inc.'s Notice and Motion for Terminating and Monetary Sanctions", ECF No. 183, filed June 14, 2024;

"Order to Show Cause", ECF No. 184, filed on June 24, 2024;

"Findings and Recommendation to Grant in Part and Deny in Part Defendant Avis Budget Group, Inc.'s Notice and Motion for Terminating and Monetary Sanctions (ECF No. 186)", ECF No. 190, filed July 30, 2024;

"Order Adopting Magistrate Judge's Findings and Recommendation", ECF No. 194, filed on August 14, 2024.

| August 29, 2024 | LUCY H. CARRILLO |
|---|---|
| Date | Clerk |
|  | /s/ LUCY H. CARRILLO by EA |
|  | (By) Deputy Clerk |